WILLIAM SELIGSON, Landlord, Respondent, v. LOUIS DYER, Doing Business as SOUTHERN GLASS WORKS, Tenant, Appellant, and " JOHN DOE " et al., Undertenants, Appellants.

Supreme Court, Appellate Term, First Department, October 28, 1954.

*Victor Whitehorn* and *Joseph Delman* for appellants.

*Leo E. Falkin* for respondent.

Final order affirmed, with $25 costs.

Concur: EDER, SCHREIBER and HECHT, JJ.